**814**

he was terminated from the program in 2003 and denied reentry in 2006. In connection with this claim, Conkleton sought a preliminary injunction requiring Defendants to place him in a sex offender treatment program. The district court denied Conkleton's motion, concluding he failed "to allege facts that demonstrate he is facing immediate and irreparable injury."

This court reviews the denial of a preliminary injunction under an abuse of discretion standard. *Gen. Motors Corp. v. Urban Gorilla, LLC,* 500 F.3d 1222, 1226 (10th Cir.2007). Having reviewed the record, Conkleton's appellate brief, and the applicable law, we can discern no reversible error by the district court. Exercising jurisdiction pursuant to 28 U.S.C. § 1292(a)(1), we **affirm** the district court's order of January 21, 2009, for substantially the reasons stated therein. Conkleton's motion to proceed *in forma pauperis* on appeal is **granted.** Conkleton is reminded that he remains obligated to continue making partial payments until his appellate filing fee is paid in full. *See* 28 U.S.C. § 1915(b).

---

* This panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.